UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sona Ahuja v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11006-DRH |
| *Suzanne Albers v. Bayer Corporation, et al.* | No. 12-cv-10995-DRH |
| *Jill M. Atchison v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10950-DRH |
| *Susanne Bingham v. Bayer Corporation, et al.* | No. 12-cv-10910-DRH |
| *Donna Breault v. Bayer Corporation, et al.* | No. 12-cv-10946-DRH |
| *Wendy Ellzey v. Bayer Corporation, et al.* | No. 12-cv-10960-DRH |
| *Victoria Gaynor v. Bayer Corporation, et al.* | No. 12-cv-10996-DRH |
| *Rayna Hennen, et al. v. Bayer Corporation, et al.* | No. 12-cv-10911-DRH |
| *Julia Jordan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10891-DRH |
| *Stacy Lindgren, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10965-DRH |
| *Chelsey Loy v. Bayer Corporation, et al.* | No. 12-cv-10948-DRH |
| *Lori Magoffin, et al. v. Bayer Corporation, et al.* | No. 12-cv-10912-DRH |
| *Kerrie Mellen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11008-DRH |
| *Carrie A. Miller v. Bayer Corporation, et al.* | No. 12-cv-11001-DRH |

2

| | |
|---|---|
| *Mary Moore, et al. v. Bayer Corporation, et al.* | No. 12-cv-10962-DRH |
| *Elizabeth Morgan v. Bayer Corporation, et al.* | No. 12-cv-11044-DRH |
| *Paula Phillips v. Bayer Corporation, et al.* | No. 12-cv-11034-DRH |
| *Raquel Plante v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10894-DRH |
| *Sherri L. Roth v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11009-DRH |
| *Daniela Salcido, et al. v. Bayer Corporation, et al.* | No. 12-cv-10957-DRH |
| *Siled Severon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10959-DRH |
| *Paula Short v. Bayer Corporation, et al.* | No. 12-cv-11002-DRH |
| *Brandy Williams, et al. v. Bayer Corporation, et al.* | No. 12-cv-10963-DRH |
| *Kristen N. Williams v. Bayer Corporation, et al.* | No. 12-cv-11366-DRH |
| *Bridgett Haines v. Bayer Corporation, et al.* | No. 10-cv-13197-DRH |
| *Barbara Jones v. Bayer Corporation, et al.* | No. 09-cv-20138-DRH |
| *Tammy Paegelow v. Bayer Corporation, et al.* | No. 10-cv-13737-DRH |
| *Christy Susmilch v. Bayer Corporation, et al.* | No. 10-cv-13722-DRH |
| *Victoria Tsepas v. Bayer Corporation, et al.* | No. 11-cv-10051-DRH |
| *Brandi Wargacki v. Bayer Corporation, et al.* | No. 10-cv-13512-DRH |
| *Tamika Watkins v. Bayer Corporation, et al.* | No. 10-cv-20422-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 7, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                              **NANCY J. ROSENSTENGEL,**
                                              **CLERK OF COURT**

                                              **BY:** _/s/*Sara Jennings*_
                                                          **Deputy Clerk**

Dated: February 11, 2014

Digitally signed by David R. Herndon
Date: 2014.02.11 13:33:49 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**